Certificate Number: 15317-PAW-DE-040548842

Bankruptcy Case Number: 25-23503



15317-PAW-DE-040548842

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 26, 2026</u>, at <u>12:02</u> o'clock <u>PM PST</u>, <u>Michael John Kaczmarek</u> completed a course on personal financial management given <u>by telephone</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Western District of Pennsylvania</u>.

Date:   <u>January 26, 2026</u>          By:   <u>/s/Philip Sta. Teresa</u>

                                        Name: <u>Philip Sta. Teresa</u>

                                        Title: <u>Certified Counselor</u>