Certificate Number: 15317-PAW-DE-040548842

Bankruptcy Case Number: 25-23503



15317-PAW-DE-040548842

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 26, 2026, at 12:02 o'clock PM PST, Michael John Kaczmarek completed a course on personal financial management given by telephone by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:    January 26, 2026                By:    /s/Philip Sta. Teresa

                                         Name:  Philip Sta. Teresa

                                         Title:  Certified Counselor