**Form RSC13**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 25–23503–JAD**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
Michael J. Kaczmarek
4606 Allied Way
Pittsburgh, PA 15201

Social Security No.:
xxx–xx–6484

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Rodney D. Shepherd | Ronda J. Winnecour |
| River Park Commons | Suite 3250, USX Tower |
| 2403 Sidney Street, Suite 208 | 600 Grant Street |
| Pittsburgh, PA 15203 | Pittsburgh, PA 15219 |
| Telephone number:  412–471–9670 | Telephone number:  412–471–5566 |

| DATE/TIME/LOCATION OF MEETING OF CREDITORS | CONFIRMATION HEARING DATE/TIME/LOC |
|---|---|
| April 13, 2026 | April 13, 2026 |
| 03:00 PM | 03:00 PM |
| Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 984 369 3045, and Passcode 6747057013, call 1–412–532–8861 | Same location as Meeting of Creditors |

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 3/18/26

BY THE COURT

Jeffery A. Deller
Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                Case No. 25-23503-JAD

Michael J. Kaczmarek                                                                 Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                                       User: auto                                                   Page 1 of 3

Date Rcvd: Mar 18, 2026                              Form ID: rsc13                                        Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Michael J. Kaczmarek, 4606 Allied Way, Pittsburgh, PA 15201-2014 |
| 16623225 | | Progressive Leasing, P.O. Box 413110, Salt Lake City, UT 84141-3110 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 19 2026 01:32:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 19 2026 01:32:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: ebnpwsa@grblaw.com | Mar 19 2026 01:32:00 | Pittsburgh Water & Sewer Authority, Richard A. Monti, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 16629844 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 19 2026 01:43:45 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 16623221 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 19 2026 01:43:44 | Capital One Bank, P.O. Box 31293, Salt Lake City, UT 84131-0293 |
| 16623222 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 19 2026 01:43:50 | Capital One Finance, P.O. Box 259407, Plano, TX 75025-9407 |
| 16624723 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 19 2026 01:43:59 | Citibank/Best Buy, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 16638322 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 19 2026 01:32:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 16640727 | | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 19 2026 01:32:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 16635608 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 19 2026 01:43:51 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 16623224 | | Email/Text: ml-ebn@missionlane.com | Mar 19 2026 01:32:00 | Mission Lane Tab Bank, P.O. Box 105286, Atlanta, GA 30348 |
| 16623223 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 19 2026 01:43:45 | Merrick Bank, P.O. Box 9201, 10705 S. Jordan Gateway, Suite 20, Old Bethpage, NY 11804-9001 |
| 16641904 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 19 2026 01:32:00 | PNC BANK, NATIONAL ASSOCIATION, Bankruptcy Department, 3232 Newmark Drive, Miamisburg, OH 45342 |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 18, 2026 | Form ID: rsc13 | Total Noticed: 19 |

| | | | | |
|---|---|---|---|---|
| 16642819 | + Email/Text: ebnpwsa@grblaw.com | | Mar 19 2026 01:32:00 | Pittsburgh Water & Sewer Authority, c/o GRB Law, Richard A. Monti, Esq., 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 16629070 | Email/Text: bnc-quantum@quantum3group.com | | Mar 19 2026 01:32:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 16623226 | + Email/Text: GenesisFS@ebn.phinsolutions.com | | Mar 19 2026 01:33:00 | TBOM/Milestone, P.O. Box 4499, Beaverton, OR 97076-4499 |
| 16624722 | ^ MEBN | | Mar 19 2026 01:30:00 | UPMC, P.O. Box 371472, Pittsburgh, PA 15250-7472 |

TOTAL: 17

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Capital One Auto Finance, a Division of Capital On |
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| 16623227 | | UPMC |
| cr | *+ | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 16624728 | * | Progressive Leasing, P.O. Box 413110, Salt Lake City, UT 84141-3110 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION dcarlon@kmllawgroup.com |
| Elizabeth Trachtman | on behalf of Creditor Capital One Auto Finance  a Division of Capital One, N.A. ANHSOrlans@InfoEx.com |
| Matthew Fissel | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, wbecf@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Richard Monti | on behalf of Creditor Pittsburgh Water & Sewer Authority rmonti@grblaw.com  aanderson@grblaw.com |
| Rodney D. Shepherd | on behalf of Debtor Michael J. Kaczmarek rodsheph@cs.com |

District/off: 0315-2                                    User: auto                                    Page 3 of 3
Date Rcvd: Mar 18, 2026                                 Form ID: rsc13                               Total Noticed: 19

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

TOTAL: 7