**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: MICHAEL J. KACZMAREK, | ) | Bank. No. 25-23503 JAD |
| | ) | |
| Debtor. | ) | Chapter 13 |
| | ) | |
| MICHAEL J. KACZMAREK, | ) | Docket No. 44 |
| | ) | Rel. to Docket Nos: 40, 43 |
| | ) | |
| Movant, | ) | Hearing Date & Time: |
| | ) | |
| vs. | ) | |
| | ) | |
| NO RESPONDENTS. | ) | |

**CERTIFICATE OF SERVICE**

I, Rodney D. Shepherd, Esquire certify under penalty of perjury that the Amendment Cover Sheet, Amended Schedules and Scheduling Order were served on the 22nd day April, 2026 by **electronic filing and by *U.S. Mail, first class, postage pre-paid, upon the following:

Social Security Administration*
300 Spring Garden Street
Philadelphia, PA 19123-2992

Social Security Administration*
6117 Station Street
Pittsburgh, PA 15206-2510

Ronda J. Winnecour**
cmecf@chapter13trusteewdpa.com

U.S. Trustee**
ustpregion03.pi.ecf@usdoj.gov

By: /s/ Rodney D. Shepherd
Rodney D. Shepherd
Attorney for the Debtor
PA I.D. No. 56914
rodsheph@cs.com
2403 Sidney Street, Suite 208
Pittsburgh, PA 15203
(412) 471-9670