**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MICHAEL J. KACZMAREK | ) | |
| | ) | Case No. 25-23503-JAD |
| Debtor | ) | |
| | ) | Chapter 13 |
| | ) | |
| ------------------------ | ) | Docket No. 63 |
| | ) | Related to: Claim #8 |
| UNITED STATES OF AMERICA | ) | |
| Social Security Administration | ) | Hearing Date & time: |
| | ) | |
| Movant | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. KACZMAREK | ) | |
| | ) | |
| Respondent | ) | |

**CONSENT JUDGMENT**

Michael J. Kaczmarek ("Debtor"), by his counsel, Rodney D. Shepherd, and the United States of America, on behalf of the Social Security Administration ("SSA"), by its counsel, Troy Rivetti, United States Attorney for the Western District of Pennsylvania, and Jill Locnikar, Assistant United States Attorney (collectively, with Debtor, the "Parties"), enter into the following Consent Judgment, pursuant to which the Parties state as follows:

A. On or about December 31, 2025, Debtor filed a bankruptcy petition (the "Petition") pursuant to Chapter 13 of 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), commencing Case No. 25-23503 in this Court.

B. In the Amended Schedule E/F of the Petition, "Creditors Who Have Unsecured Claims," Debtor listed SSA's claim as $46,627.10 due to an overpayment. Dkt. # 40-1.

C. On June 25, 2026, SSA filed a Proof of Claim for $46,567.90 in this case. Claim # 8.

D. On June 29, 2026, Debtor filed a proposed amended Chapter 13 plan, which provides that SSA's claim is to be deferred, such that SSA shall receive no distributions during the pendency of this bankruptcy. Dkt. # 57 at 8.

NOW THEREFORE, in consideration of the mutual covenants and conditions herein, with the intent to be legally bound, and with Court approval, it is hereby STIPULATED AND AGREED by and between the Parties as follows:

1. Debtor and the United States, on behalf of SSA, hereby agree that SSA's unsecured claim of $46,567.90, representing an overpayment of SSA benefits that Debtor received, is non-dischargeable under 11 U.S.C. § 523. The Parties further agree that SSA shall receive no distributions during the pendency of this bankruptcy.

2. This Consent Judgment shall be construed as though jointly drafted by the Parties, and, accordingly, no inference shall be drawn against any of the Parties on the basis that such Party authored the Consent Judgment.

3. No modification(s) or addition(s) to the terms of this Consent Judgment shall be effective unless made in writing and signed by the Parties (or their authorized representatives at their direction) and approved by this Court.

4. This Consent Judgment constitutes the entire agreement between the Parties on the matters raised herein, and no other statement, promise, or agreement, either written or oral, made by either Party or agents of either Party, that is not contained in this written Consent Judgment, shall be enforceable.

5. This Consent Judgment may be executed in one or more counterparts, each of which will be deemed original, and together will be deemed one and the same Consent Judgment. Moreover, if any of the Parties sign this Consent Judgment by facsimile or electronic mail, and signatures are faxed or electronically mailed, the Parties agree that each Party shall be permitted to rely upon the faxed or electronically mailed signatures to the same extent as if they were original signatures.

6. The Parties shall bear their own attorneys' fees and costs for this action.

[*The remainder of this page is intentionally left blank*.]

Respectfully submitted,

*/s/ Rodney D. Shepherd*
Rodney D. Shepherd
River Park Commons
2403 Sidney Street, Suite 208
Pittsburgh, PA 15203
(412) 471-9670
Email: rodsheph@cs.com
Attorney for Debtor

Dated: October 11, 2026

*/s/ _Jill Locnikar*
Jill Locnikar
Assistant United States Attorney
Joseph F. Weis, Jr. United States Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
(412) 644-3500
Email: jill.locnikar@usdoj.gov
Attorney for the United States

Dated: October 8, 2026

**IT IS SO ORDERED.**

____________________________________

**HON. JEFFREY A. DELLER**
**United States Bankruptcy Judge**