**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: MICHAEL J. KACZMAREK, | ) Bankr. No. 25-23503 JAD |
| | ) |
| Debtor. | ) Chapter 13 |
| | ) |
| MICHAEL J. KACZMAREK, | ) Docket No. 65 |
| | ) Related to Docket No. 57, 62, 64 |
| Movant. | ) |
| | ) Hearing Date & Time: |
| vs. | ) |
| | ) |
| NO RESPONDENTS. | ) |

**CONSENT**
**ORDER OF COURT**

AND NOW, to-wit, this ____________ day of _______________, 2026, upon consent of the parties,

It is acknowledged that a conciliation was held on October 1, 2026 and the dates to file an Amended Plan by October 8, 2026 with objections being due by a certain date were provided at that time. In light of the fact that the Debtor has filed an Amended Plan dated June 29, 2026 that deferred the claim of the Social Security Administration and the fact that U.S. Attorney's Office entered into a consent order agreeing to defer the claim throughout the duration of the Chapter 13 Bankruptcy, it it hereby ORDERED, ADJUDGED and DECREED that the dates to file an Amended Plan by October 8, 2026 with objections due are vacated and the conciliation scheduled for November 5, 2026 shall proceed to consider the Amended Plan dated June 29, 2026 and the Consent Order entered on October 14, 2026.

Consented to:

/s/ Dennis Sloan
Dennis Sloan, Esquire
Office of the Chapter 13 Trustee

/s/ Rodney D. Shepherd
Rodney D. Shepherd, Esquire
Attorney for the Debtor

By the Court,

______________________________
Jeffery A. Deller
United States Bankruptcy Judge